| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____    Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Tul Investments, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **95-4542819**

**4. Debtor's address**

**Principal place of business**

**17340 Magnolia Blvd.
Encino, CA 91316**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Tul Investments, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

District **Central District of California**  When **11/25/14**  Case number **1:14-bk-15294-MT**
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Tul Investments, Inc.** _____    Case number (*if known*) _____
    Name

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ■ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor  **Tul Investments, Inc.**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October  3, 2016**
MM / DD / YYYY

**X  /s/ PRESIDENT**    **PRESIDENT**
Signature of authorized representative of debtor    Printed name

Title  **YUVAL STELMACH**

**18. Signature of attorney**

**X  /s/ Matthew Abbasi**    Date  **October  3, 2016**
Signature of attorney for debtor    MM / DD / YYYY

**Matthew Abbasi**
Printed name

**ABBASI LAW CORPORATION**
Firm name

**8889 WEST OLYMPIC BLVD.**
**SUITE 240**
**BEVERLY HILLS, CA 90211**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 358-9341**    Email address  **matthew@malawgroup.com**

**215030**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Tul Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 3, 2016**

X **/s/ PRESIDENT**
Signature of individual signing on behalf of debtor

**PRESIDENT**
Printed name

**YUVAL STELMACH**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Tul Investments, Inc.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **East West Bank** **PO Box 60020** **City of Industry, CA 91716-0020** | | **Line of Credit** | | | | **$1,406,486.73** |
| **Franchise Tax Board** **P.O. Box 942867** **Sacramento, CA 94267** | | | | | | **$0.00** |
| **Gil's Electrical Service Inc.** **11024 Balboa Blvd. Suite #27S** **Granada Hills, CA 91344** | | **Construction Services** | | | | **$57,500.00** |
| **Internal Revenue Service** **300 North Los Angeles Street MS 2300** **Los Angeles, CA 90012** | | | | | | **$1,000.00** |
| **Pacific Builders** **C/O Rafi Sharon** **5737 Kanan Rd. #480** **Agoura Hills, CA 91301** | | **Construction Services** | | | | **$137,500.00** |
| **Shlomo Goldberg** **C/O Leon Small, Esq.** **16530 Ventura Blvd. Suite 306** **Encino, CA 91436** | | **Judgment Creditor** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$700,000.00** |

Debtor **Tul Investments, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shlomo Goldberg<br>C/O Leon Small, Esq.<br>16530 Ventura Blvd.<br>Suite 306<br>Encino, CA 91436** | | **Lawsuit** | **Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff** | | | **$0.00** |
| **Shlomo Goldberg<br>C/O Leon Small, Esq.<br>16530 Ventura Blvd.<br>Suite 306<br>Encino, CA 91436** | | **Lawsuit** | **Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff** | | | **$0.00** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**United States Bankruptcy Court**
**Central District of California**

In re  **Tul Investments, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LEA GOLDBERG** | | | **7.50% OWNERSHIP** |
| **SHLOMO GOLDBERG** | | | **7.50% OWNERSHIP** |
| **YUVAL & TALLY STELMACH** | | | **85.00% OWNERSHIP** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **YUVAL STELMACH** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 3, 2016**

Signature **/s/ PRESIDENT**
**PRESIDENT**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **The Debtor filed for Chapter 11 on 11/25/14 in the US Central District (Woodland Hills) under case number 1:14-bk-15294-MT. This case was dismissed on 3/5/2016 with a 180-day bar to refiling; REM, LLC which is related to the Debtor filed for Chapter 11 bankruptcy with case number 2:16-bk-18928-WB on 7/5/2016 in the US Central District (Los Angeles). This matter is pending.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foreground is true and correct.

Executed at **10/3/2016** , California.    **/s/ PRESIDENT**
                                            **PRESIDENT**
Date:    **October  3, 2016**               Signature of Debtor

                                            _____
                                            Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 1                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name: **Tul Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $ **1,500.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $ **1,500.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **2,302,486.73**

4. **Total liabilities** ................................................................................................................................................
   Lines 2 + 3a + 3b    $ **2,302,486.73**

**Fill in this information to identify the case:**

Debtor name: **Tul Investments, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**East West Bank**<br><br>**PO Box 60020**<br>**City of Industry, CA 91716-0020**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **0001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Line of Credit**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,406,486.73** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Gil's Electrical Service Inc.**<br>**11024 Balboa Blvd. Suite #27S**<br>**Granada Hills, CA 91344**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Construction Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$57,500.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**300 North Los Angeles Street**<br>**MS 2300**<br>**Los Angeles, CA 90012**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |

| Debtor | **Tul Investments, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Pacific Builders**<br>**C/O Rafi Sharon**<br>**5737 Kanan Rd. #480**<br>**Agoura Hills, CA 91301** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$137,500.00** |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Construction Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Shlomo Goldberg**<br>**C/O Leon Small, Esq.**<br>**16530 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91436** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$700,000.00** |
| | Date(s) debt was incurred **2014** | Basis for the claim: **Judgment Creditor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ■ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Shlomo Goldberg**<br>**C/O Leon Small, Esq.**<br>**16530 Ventura Blvd. Suite 306**<br>**Encino, CA 91436** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred **8/2006** | Basis for the claim: **Lawsuit** | |
| | Last 4 digits of account number **5563** | Is the claim subject to offset? ☐ No  ■ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Shlomo Goldberg**<br>**C/O Leon Small, Esq.**<br>**16530 Ventura Blvd. Suite 306**<br>**Encino, CA 91436** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred **11/2013** | Basis for the claim: **Lawsuit** | |
| | Last 4 digits of account number **1024** | Is the claim subject to offset? ☐ No  ■ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,302,486.73 |
| **5c. Total of Parts 1 and 2**<br>  Lines 5a + 5b = 5c. | 5c. $ | 2,302,486.73 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Matthew Abbasi**<br>**8889 WEST OLYMPIC BLVD.**<br>**SUITE 240**<br>**BEVERLY HILLS, CA 90211**<br>**(310) 358-9341 Fax: (888)709-5448**<br>California State Bar Number: **215030**<br>matthew@malawgroup.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Tul Investments, Inc.**<br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 3, 2016**     **/s/ PRESIDENT**
                              Signature of Debtor 1

Date:                         _____
                              Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **October 3, 2016**     **/s/ Matthew Abbasi**
                              Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

.

Tul Investments, Inc.
17340 Magnolia Blvd.
Encino, CA 91316


Matthew Abbasi
ABBASI LAW CORPORATION
8889 WEST OLYMPIC BLVD.
SUITE 240
BEVERLY HILLS, CA 90211


East West Bank
PO Box 60020
City of Industry, CA 91716-0020


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267


Gil's Electrical Service Inc.
11024 Balboa Blvd. Suite #27S
Granada Hills, CA 91344


Internal Revenue Service
300 North Los Angeles Street
MS 2300
Los Angeles, CA 90012


Pacific Builders
C/O Rafi Sharon
5737 Kanan Rd. #480
Agoura Hills, CA 91301


REM, LLC

```
Shlomo Goldberg
C/O Leon Small, Esq.
16530 Ventura Blvd.
Suite 306
Encino, CA 91436


Shlomo Goldberg
C/O Leon Small, Esq.
16530 Ventura Blvd. Suite 306
Encino, CA 91436


Tally Stelmach
17340 Magnolia Blvd
Encino, CA 91316


Yuval & Tally Stelmach
17340 Magnolia Blvd.
Encino, CA 91316
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Matthew Abbasi**<br>**8889 WEST OLYMPIC BLVD.**<br>**SUITE 240**<br>**BEVERLY HILLS, CA 90211**<br>**(310) 358-9341 Fax: (888)709-5448**<br>California State Bar Number: **215030**<br>**matthew@malawgroup.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Tul Investments, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Matthew Abbasi 215030**_____ , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
        ☐ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ■ I am the attorney for the Debtor corporation
2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*
  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**October 3, 2016**                                           By:   **/s/ Matthew Abbasi**
Date                                                                   Signature of Debtor, or attorney for Debtor

                                                                              Name:   **Matthew Abbasi 215030**
                                                                                        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                            **F 1007-4.CORP.OWNERSHIP.STMT**