**Fill in this information to identify the case:**

Debtor name: **Tul Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **1:16-bk-12869**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **The Debtor has a management agreement with REM, LLC which the Debtor will assume.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **REM, LLC** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **The Debtor had a management agreement with Tally Stelmach which the Debtor will reject.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tally Stelmach**<br>**17340 Magnolia Blvd**<br>**Encino, CA 91316** |