UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: ESTATE OF TUL INVESTMENTS INC (DIP) | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: 1:16-bk-12869-MT |
| | Operating Report Number: 1 |
| Debtor(s). | For the Month Ending: 31-Oct-16 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| 1. | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| 3. | BEGINNING BALANCE: | 0.00 |
| 4. | RECEIPTS DURING CURRENT PERIOD: | 109,547.44 |
| 5. | BALANCE: | 109,547.44 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 12,952.61 |
| 7. | ENDING BALANCE: | 96,594.83 |

8. General Account Number(s):     xxxx4430

   Depository Name & Location:     US BANK
                                   ENCINO, CA

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/20/2016 | ELEC | DELUXE BUS SYS | BUS PRODS | 21.25 |
| 10/21/2016 | 97 | CIG | RENTAL INSURANCE | 190.55 |
| 10/21/2016 | 101 | REM LLC | MANAGEMENT FEES | 10,957.00 |
| 10/21/2016 | 103 | STELMACH TRUST | OFFICE RENT | 1,500.00 |
| 10/25/2016 | 98 | VERIZON WIRELESS | UTILITIES | 283.81 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 12,952.61 |

# GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___10/31/2016___   Balance on Statement:   $96,594.83

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                               0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 100 | 10/20/2016 | 19.93 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                               19.93

Bank statement Adjustments:                      _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                               $96,574.90

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

*(Provide a copy of of montly account statements for each of the below)*

General Account: _____

Payroll Account: _____

Tax Account: _____

\*Other Accounts: _____ _____

_____ _____

\*Other Monies: _____ _____

\*\*Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:** | 0.00 |

Petty Cash Transactions:

| Date | Purpose | Amount |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL PETTY CASH TRANSACTIONS:** | 0.00 |

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor is preparing the financials needed to submit a disclosure and plan.

4. Describe potential future developments which may have a significant impact on the case:
The valuation of Debtor's property is key to the success of the Debtor's Plan.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I,

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: 11-9-16

YUVAL STELMACH
ESTATE OF TUL INVESTMENTS INC (DIP)

# U.S. bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5230     TRN                                    Y     ST01

**Business Statement**

Account Number:
1 575 1003 4430
Statement Period:
Oct 6, 2016
through
Oct 31, 2016

Page 1 of 2

000056921 01 AV 0.376 106481742361798 P
ESTATE OF TUL INVESTMENTS INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 1:16-BK-12869-MT
17340 MAGNOLIA BLVD
ENCINO CA 91316-2541

☎                          *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                          *1-800-673-3555*

*Telecommunications Device
for the Deaf:*                       *1-800-685-5065*
*Internet:*                                   *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Effective November 14th, 2016** for Overdraft Paid Fee and Overdraft Return Fee asterisk (*) and footnote in the Consumer Pricing Information brochure will be updated and enhanced to read as follows:
-U.S. Bank limits the number of charges to a daily maximum of 4 Overdraft Fees per day, no matter how many items we pay or return on your behalf. The Overdraft Fees assessed can be Overdraft Paid Fees, Overdraft Return Fees or a combination of both.

**Effective November 14th 2016**, there will no longer be a Debit Card Replacement Card fee.

**Effective November 14th, 2016**, the "Your Deposit Account Agreement" booklet includes a number of updates and may affect your rights. As of November 14th, 2016 you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the Additional Information Section of this statement for the main updates that were made to "Your Deposit Account Agreement" booklet.

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

---

## SILVER BUSINESS CHECKING                                   *Member FDIC*

U.S. Bank National Association                              Account Number 1-575-1003-4430

### Account Summary

|                        | # Items | $ |            |
|------------------------|---------|---|------------|
| Beginning Balance on Oct 6 |     | $ | 0.00       |
| Customer Deposits      | 6       |   | 109,547.44 |
| Other Withdrawals      | 1       |   | 21.25-     |
| Checks Paid            | 4       |   | 12,931.36- |
| **Ending Balance on Oct 31, 2016** | | $ | 96,594.83 |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|--------|------|-----------|--------|--------|------|-----------|--------|
|        | Oct 6  | 8956187977 | 100.00   |  | Oct 19 | 8656339673 | 2,100.00 |
|        | Oct 7  | 9256908531 | 1,900.00 |  | Oct 19 | 8656339669 | 32,500.00 |
|        | Oct 17 | 8150336423 | 5,947.44 |  | Oct 21 | 9256292779 | 67,000.00 |
|        |      |            |          |  | **Total Customer Deposits** | $ | 109,547.44 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Oct 20 | Electronic Withdrawal REF=162930136265940Y00 | From DELUXE BUS SYS. 1411877307BUS PRODS 78160333 | $ | 21.25- |
|      | | **Total Other Withdrawals** | $ | 21.25- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0097  | Oct 21 | 9255088696 | 190.55    | 0103* | Oct 21 | 9256292828 | 1,500.00 |
| 0101* | Oct 21 | 9256292782 | 10,957.00 |       |      |            |          |

* Gap in check sequence                    Conventional Checks Paid (3)   $   12,647.55-



ESTAMON DOCUMENTS INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 1:16-BK-12869-MT
17340 MAGNOLIA BLVD
ENCINO CA 91316-2541

**Business Statement**

Account Number:
1 575 1003 4430

Statement Period:
Oct 6, 2016
through
Oct 31, 2016



Page 2 of 2

## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association

Account Number 1-575-1003-4430

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|-------|------|-----------|--------|---------------------------|-------|
| 0098 | Oct 25 | | 283.81 | Payment | Verizon Wireless |

|  |  |  |
|---|---|---|
| Electronic Checks Paid (1) | $ | 283.81- |
| Total Checks Paid | $ | 12,931.36- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Oct 6 | 100.00 | Oct 19 | 42,547.44 | Oct 21 | 96,878.64 |
| Oct 7 | 2,000.00 | Oct 20 | 42,526.19 | Oct 25 | 96,594.83 |
| Oct 17 | 7,947.44 | | | | |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

Effective November 14th, 2016 the main updates to note in the revised "Your Deposit Account Agreement" booklet sections, and sub sections, include:

- Updates and clarification to: "Terms Applicable to All Deposit Accounts"
- Updates to: "Deposit of Checks at ATM's"
- Significant changes to: "Insufficient Funds and Overdrafts", including updated definitions and clarity in Available Balance
- Additional explanation: "ATM and Debit Card Overdraft Coverage"
- Changes to: "Return All Option"
- Addition of business accounts to: "Accrual of Interest"
- Updates to: "Dormant Accounts and Escheat"
- Changes to the agreement language for: "Your Duty to Examine Your Statement"
- Changes to: "Savings Withdrawal Limitations"
- Clarification of: "Time Deposits"
- Change in email contact in: "Electronic Messages and Agreements"
- Title change and clarification to: "Additional Terms for Business Accounts"
- Updates to: "Deposit and Preparation, Sorting, and Endorsements" within the "Additional Terms for Business Accounts"
- Addition of: "Customer Segregated Accounts"
- Change in starting time of the 24 hr period for purchases and/or cash advances for U.S. Bank Debit or U.S. Bank ATM Cards per day
- Updates to: "Use of Account"
- Change in address and updates to: "Your Billing Rights" section of the "U.S. Bank Consumer Reserve Line Agreement"

As of November 14th, 2016 you may pick up copies at your local branch, view the updated booklet at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.

TUL DIP

TUL DIO
11/9/2016

Page 1

| Date | Num | Payee | Memo | Category | Amount | C | Balance |
|------|-----|-------|------|----------|--------|---|---------|
| 10/1/2016 | | Opening Balance | | [TUL DIO] | 100.00 | R | 100.00 |
| 10/6/2016 | | Brentwood Building | | Rent Received | 1,900.00 | | 2,000.00 |
| 10/14/2016 | | Brentwood Building | | Rent Received | 5,947.44 | | 7,947.44 |
| 10/17/2016 | | Tul Anthony | | Div Income | 32,500.00 | | 40,447.44 |
| 10/17/2016 | 97 | c I G | | Rental Insurance | -190.55 | | 40,256.89 |
| 10/17/2016 | 98 | Verizon | | telephone | -283.81 | | 39,973.08 |
| 10/18/2016 | | Brentwood Building | | Rent Received | 2,100.00 | | 42,073.08 |
| 10/20/2016 | 100 | Gas Co | | Rental Utilities | -19.93 | | 42,053.15 |
| 10/21/2016 | | Golden West Real Estate | | Div Income | 67,000.00 | | 109,053.15 |
| 10/21/2016 | 101 | Rem  Llc | | Management Fees | -10,957.00 | | 98,096.15 |
| 10/21/2016 | 103 | Stelmach Trust | | Office Rent | -1,500.00 | | 96,596.15 |