| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW ABBASI, ESQ.; SBN 215030<br>ABBASI LAW CORPORATION<br>8889 WEST OLYMPIC BOULEVARD, SUITE 240<br>BEVERLY HILLS, CALIFORNIA 90211<br>TELEPHONE: (310) 358-9341<br>FACSIMILE: (888) 709-5448<br>EMAIL: matthew@malawgroup.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DEBTOR | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: 1:16-bk-12869-MT |
|---|---|
| | CHAPTER: 11 |
| TUL INVESTMENTS, INC. | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE**<br>**[LBR 3003-1]** |
| | ☐ No hearing: LBR 9013-1(q)<br>☒ Hearing information<br>DATE:     12/01/2016<br>TIME:     9:30 A.M.<br>COURTROOM: 302<br>ADDRESS:  21401 BURBANK BLVD.<br>              WOODLAND HILLS, CA 91367 |
| Debtor(s). | |

1. <u>Bar Date</u>. The court has set a deadline of (*date*) __FEBRUARY 7__, __2017__ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367      ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 1                               F 3003-1.NOTICE.BARDATE

- (b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) 10/03/2016____, and therefore calculates that this deadline is (*date*) 04/05/2017____). See 11 U.S.C. §§ 101(27) and 502(b)(9).

- (c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. See 11 U.S.C. § 502(h).

- (d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim*. **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: 12/05/2016____        By: _____
                                Signature of Debtor, chapter 11 trustee, or their attorney

                            Name: MATTHEW ABBASI, ESQ. ATTORNEY FOR DEBTOR____
                                Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015        Page 2        F 3003-1.NOTICE.BARDATE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8889 WEST OLYMPIC BOULEVARD, SUITE 240, BEVERLY HILLS, CALIFORNIA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/06/2016 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/06/2016 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Martin Barash
21041 Burbank Blvd., Crtrm 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
BANKRUPTCY COURT: Honorable Maureen A. Tighe, United States Bankruptcy Court, 21041 Burbank Boulevard, Suite 324 / Courtroom 302, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/06/2016 | MATTHEW ABBASI, ESQ. | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015   Page 3   F 3003-1.NOTICE.BARDATE

## ECF SERVICE LIST

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

David S Hagen on behalf of Creditor Shlomo Goldberg
go4broq@earthlink.net

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, nick@ronaldrichards.com

Alla Tenina on behalf of Creditor ABMS Limited Liability Company
alla@teninalaw.com, Monique@teninalaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

```
Label Matrix for local noticing         Employment Development Dept.           Franchise Tax Board
0973-1                                  Bankruptcy Group MIC 92E               Bankruptcy Section MS: A-340
Case 1:16-bk-12869-MT                   P. O. Box 826880                       P. O. Box 2952
Central District of California          Sacramento, CA 94280-0001              Sacramento, CA 95812-2952
San Fernando Valley
Tue Dec  6 10:55:32 PST 2016

Internal Revenue Service                L.A. County Tax Collector              Los Angeles City Clerk
PO Box 7346                             Bankruptcy Unit                        P.O. Box 53200
Philadelphia, PA 19101-7346             P.O. Box 54110                         Los Angeles, CA 90053-0200
                                        Los Angeles, CA 90054-0110


Securities & Exchange Commission        Tul Investments, Inc.                  United States Trustee (SV)
444 South Flower St., Suite 900         17340 Magnolia Blvd.                   915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90071-2934              Encino, CA 91316-2541                  Los Angeles, CA 90017-3560


San Fernando Valley Division            East West Bank                         Franchise Tax Board
21041 Burbank Blvd,                     PO Box 60020                           P.O. Box 942867
Woodland Hills, CA 91367-6606           City of Industry, CA 91716-0020        Sacramento, CA 94267-0001


Gil's Electrical Service Inc.           (p)INTERNAL REVENUE SERVICE            Pacific Builders
11024 Balboa Blvd. Suite #27S           CENTRALIZED INSOLVENCY OPERATIONS      C/O Rafi Sharon
Granada Hills, CA 91344-5007            PO BOX 7346                            5737 Kanan Rd. #480
                                        PHILADELPHIA PA 19101-7346             Agoura Hills, CA 91301-1601


Shlomo Goldberg                         Tally Stelmach                         Yuval & Tally Stelmach
C/O Leon Small, Esq.                    17340 Magnolia Blvd                    17340 Magnolia Blvd.
16530 Ventura Blvd.                     Encino, CA 91316-2541                  Encino, CA 91316-2541
Suite 306
Encino, CA 91436-4595


Matthew Abbasi
ABBASI LAW CORPORATION
8889 West Olympic Blvd.
Suite 240
Beverly Hills, CA 90211-3628
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
300 North Los Angeles Street
MS 2300
Los Angeles, CA 90012
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.