OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re: ESTATE OF TUL INVESTMENTS INC (DIP) | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: 1:16-bk-12869-MT |
| | Operating Report Number: 3 |
| Debtor(s). | For the Month Ending: 30-Dec-16 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     118,694.88

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     32,039.56

3. BEGINNING BALANCE:     86,655.32

4. RECEIPTS DURING CURRENT PERIOD:     9,147.44

5. BALANCE:     95,802.76

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     31,628.66

7. ENDING BALANCE:     64,174.10

8. General Account Number(s):     xxxx4430

Depository Name & Location:     US BANK
ENCINO, CA

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 12/14/2016 | Elec | US BANK | ANALYSIS SERVICE CHARGE | 3.00 |
| 12/8/2016 | 1003 | LEON SMALL TRUST ACCOUNT | LEGAL-PROF. FEES | 11,400.00 |
| 12/8/2016 | 1004 | NOVA | CLEANING AND MAINTENANCE | 50.00 |
| 12/9/2016 | 1005 | LA COUNTY TAX COLLECTOR | TAX-PROPERTY | 9,241.34 |
| 12/10/2016 | 1006 | EAST WEST BANK | MORTGAGE INTEREST EXPENSE | 9,591.80 |
| 12/13/2016 | 1007 | DWP | UTILITIES | 138.61 |
| 12/13/2016 | 1008 | CIG | RENTAL INSURANCE | 190.55 |
| 12/13/2016 | 1009 | UPW | TRASH | 99.36 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 30,714.66 |

Bank statement Date: _____12/30/2016_____    Balance on Statement: _____$64,174.10_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                  | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1010 | 12/21/2016 | 30.89 |
| 1011 | 12/30/2016 | 1,500.00 |
| 1012 | 12/30/2016 | 914.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                          | 2,444.89 |

Bank statement Adjustments:                                          _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          | $61,729.21 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |
| | | | | |

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                              0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor is preparing the financials needed to submit a disclosure and plan.

4. Describe potential future developments which may have a significant impact on the case:
The valuation of Debtor's property is key to the success of the Debtor's Plan.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, 
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: 1-19-17

YUVAL STELMACH
ESTATE OF TUL INVESTMENTS INC (DIP)

# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5230    TRN                Y    ST01

**Business Statement**

Account Number:
1 575 1003 4430
Statement Period:
Dec 1, 2016
through
Dec 30, 2016

Page 1 of 2



```
000108181 01 SP 0.465 106481832422260 P
ESTATE OF TUL INVESTMENTS INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 1:16-BK-12869-MT
17340 MAGNOLIA BLVD
ENCINO CA 91316-2541
```

☎                To Contact U.S. Bank

**24-Hour Business
Solutions:**                1-800-673-3555

**Telecommunications Device
for the Deaf:**                1-800-685-5065
**Internet:**                usbank.com

## NEWS FOR YOU

U.S. Bank has teamed up with ADP® to deliver payroll and tax processing plus people management for small businesses and startups. From hiring and handbooks to payroll and compliance, ADP brings unmatched depth and expertise to helping clients build a better workforce.

- Pay your people, file taxes and track time effortlessly
- Recruit, hire and manage your team with confidence
- Help protect your company from tax and compliance risk

Act today and earn up to a $400 credit on your full-service payroll processing fees! Talk to a banker to find out more or visit www.usbank.com/adp.

Service may be subject to credit approval. Eligibility requirements and other conditions apply. U.S. Bank and its representatives do not provide tax or legal advice. Contact your tax or legal advisor for advice and information concerning your particular situation. Deposit products offered by U.S. Bank National Association. Member FDIC.

Protecting your accounts is our highest priority. As a security precaution, we close Debit Cards and ATM Cards after 18 months of inactivity. Please call us with any questions at 800-673-3555.

## INFORMATION YOU SHOULD KNOW

Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective January 1, 2017. Please contact your Banker or Treasury Management Consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

Effective January 1, 2017, U.S. Bank will charge a $5.00 monthly fee on all Silver Business Checking accounts enrolled in paper statements that do not have check images or have only front images (statements with both front and back images will be charged an $8.00 fee and a $20 fee for accounts who have their checks returned with their statements). As a reminder, Online Statements remain free for all Silver Business Checking customers. For questions, please visit your local branch or call us at 1-800-673-3555.

## SILVER BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number 1-575-1003-4430

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 86,655.32 |
| Customer Deposits | 4 | | 9,147.44 |
| Other Withdrawals | 1 | | 3.00 - |
| Checks Paid | 8 | | 31,625.66 - |
| **Ending Balance on Dec 31, 2016** | | **$** | **64,174.10** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Dec 6 | 8450058200 | 3,597.44 | | Dec 14 | 8656688446 | 1,300.00 |
| | Dec 9 | 9256700476 | 2,250.00 | | Dec 14 | 8656688453 | 2,000.00 |
| | | | | | Total Customer Deposits | $ | 9,147.44 |

# u.s.bank. 

ESTAMINET DOCUMENTS INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 1:16-BK-12869-MT
17340 MAGNOLIA BLVD
ENCINO CA 91316-2541



**Business Statement**

Account Number:
1 575 1003 4430

Statement Period:
Dec 1, 2016
through
Dec 30, 2016

Page 2 of 2

## SILVER BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association

Account Number 1-575-1003-4430

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Dec 14 | Analysis Service Charge | 1400000000 | $ | 3.00- |
| | | Total Other Withdrawals | $ | 3.00- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1002 | Dec 2 | 9257302749 | 914.00 | 1007 | Dec 15 | 8954673222 | 138.61 |
| 1003 | Dec 15 | 8952589874 | 11,400.00 | 1008 | Dec 16 | 9255035081 | 190.55 |
| 1004 | Dec 20 | 8357585191 | 50.00 | 1009 | Dec 15 | 8955056458 | 99.36 |
| 1006* | Dec 12 | 8150077701 | 9,591.80 | | | | |

* Gap in check sequence

Conventional Checks Paid (7)    $    22,384.32-

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 1005 | Dec 13 | | 9,241.34 | 00004 | LA CO TREASURER |

Electronic Checks Paid (1)    $    9,241.34-

Total Checks Paid    $    31,625.66-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 2 | 85,741.32 | Dec 12 | 81,996.96 | Dec 15 | 64,414.65 |
| Dec 6 | 89,338.76 | Dec 13 | 72,755.62 | Dec 16 | 64,224.10 |
| Dec 9 | 91,588.76 | Dec 14 | 76,052.62 | Dec 20 | 64,174.10 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: November 2016

| | | | |
|---|---|---|---|
| Account Number: | 1-575-1003-4430 | $ | 3.00 |
| Analysis Service Charge assessed to | 1-575-1003-4430 | $ | 3.00 |

### Service Activity Detail for Account Number 1-575-1003-4430

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Depository Services | | | |
| Combined Transactions/Items | 14 | | No Charge |
| Paper Statement Fee | 1 | 3.00000 | 3.00 |
| Subtotal: Depository Services | | | 3.00 |
| Branch Coin/Currency Services | | | |
| Night Dep Processing-per Dep | 1 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-575-1003-4430 | | $ | 3.00 |

TUL DIO
1/19/2017

TUL INV DIP

Page 1

| Date | Num | Payee | Memo | Category | Amount | C | Balance |
|---|---|---|---|---|---|---|---|
| 12/6/2016 | | Brentwood Building | | Rent Received | 3,597.44 | | 3,597.44 |
| 12/8/2016 | | Brentwood Building | | Rent Received | 2,250.00 | | 5,847.44 |
| 12/8/2016 | 1003 | Leon Small Trust Account | Goldberg | Legal-Prof. Fees | -11,400.00 | | -5,552.56 |
| 12/8/2016 | 1004 | Nova | | Cleaning and Maintenance | -50.00 | | -5,602.56 |
| 12/9/2016 | 1005 | L-a  County Tax Collector | | Tax:Property | -9,241.34 | | -14,843.90 |
| 12/10/2016 | 1006 | East West Bank | | Mortgage Interest Expense | -9,591.80 | | -24,435.70 |
| 12/12/2016 | | Brentwood Building | | Rent Received | 3,300.00 | | -21,135.70 |
| 12/13/2016 | 1007 | D.w.p | | Rental Utilities | -138.61 | | -21,274.31 |
| 12/13/2016 | 1008 | c l G | | Rental Insurance | -190.55 | | -21,484.86 |
| 12/13/2016 | 1009 | UPW | | trash | -99.36 | | -21,584.22 |
| 12/21/2016 | 1010 | Gas Co | | Rental Utilities | -30.89 | | -21,595.11 |
| 12/30/2016 | 1011 | Stelmach Trust | | Office Rent | -1,500.00 | | -23,095.11 |
| 12/30/2016 | 1012 | Rem  Llc | | Management Fees | -914.00 | | -24,009.11 |