1  M. MATTHEW ABBASI; SBN 215030
   **ABBASI LAW CORPORATION**
2  8889 WEST OLYMPIC BLVD., SUITE 240
   BEVERLY HILLS, CA 90211
3  TEL: (310) 358-9341
   FAX: (888) 709-5448
4  EMAIL: MATTHEW@MALAWGROUP.COM

5  ATTORNEYS FOR DEBTOR,
   TUL INVESTMENTS, INC.
6

7              **UNITED STATES BANKRUPTCY COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9                 **SAN FERNANDO DIVISION**

10

11 In re:                              | **Case No.: 1:16-bk-12869-MT**

12                                      | **Chapter 11 Proceeding**

13 TUL INVESTMENTS, INC.

14                                      | **DECLARATION OF CHRIST COMFORT RE:**
                                        | **VALUATION OF PROPERTY**

15        Debtor,

16

17    I, **CHRIS COMFORT**, declare as follows:

18    I am over the age of eighteen (18) years old, and if called upon to testify I could and would

19 do so competently. I have personal knowledge of the facts set forth herein, and based on that

20 personal knowledge, I assert the following facts as true and correct to the best of my knowledge:

21    1)  I am a Commercial Real Estate Broker duly licensed by the California Department of Real

22        Estate. My license number is 01799409.

23    2)  I am the Principal of the President of Apex Properties which is located at 11040 Santa

24        Monica Blvd. Ste 210 Los Angeles, CA 90025 with the telephone number of (424) 293-

25        8085. Our office specializes in brokering commercial real estate transactions in the

26        greater Los Angeles area. Personally, I have been a Commercial Broker in the Greater

27        Los Angeles Area for the past 10 years and have brokered dozens of commercial real

28        estate transactions during my career.

---

3) On or about December 1, 2016, I was asked by Mr. Yuval Stemlach to provide a preliminary Broker's Price Opinion ("BPO") for each of the below-cited properties:

    A. 101 to 107 Barrington Walk in Brentwood, California 90049; Attached hereto as **Exhibit "1"** is a true and correct copy of the BPO I have prepared for this property on December 12, 2016.

| | |
|---|---|
| Size: | 3,828 Square Feet |
| Net Operating Income: | $89,000.00 |
| **Estimate Value:** | **$2,100,000.00** |

    B. 7126 Reseda Blvd Reseda, California 91335; Attached hereto as **Exhibit "2"** is a true and correct copy of the BPO I have prepared for this property on December 12, 2016.

| | |
|---|---|
| Size: | 15,619 Square Feet |
| Net Operating Income: | $190,000.00 |
| **Estimate Value:** | **$3,450,000.00** |

    C. 1880 S. Western Los Angeles, California 90006; Attached hereto as **Exhibit "3"** is a true and correct copy of the BPO I have prepared for this property on December 12, 2016.

| | |
|---|---|
| Size: | 11,000 Square Feet |
| Net Operating Income: | $225,000.00 |
| **Estimate Value:** | **$5,000,000.00** |

    D. 17050 Chatsworth Street Granada Hills, California 91344; Attached hereto as **Exhibit "4"** is a true and correct copy of the BPO I have prepared for this property on December 12, 2016.

| | |
|---|---|
| Size: | 43,017 Square Feet |
| Net Operating Income: | $538,207.00 |
| **Estimate Value:** | **$10,000,000.00** |

4) I am personally familiar with each of the above-cited properties as I have visited each of them in preparation for this declaration. Further, I am familiar with each of these

1    properties as I have represented the ownership of these properties in sales and leasing

2    activity in the past five (5) years.

3    5) Based on my knowledge of the market for mixed use multi-tenant and retail properties in

4        the West Los Angeles, San Fernando Valley, and the surrounding areas, I believe the

5        value of each of the above-cited properties is stable and unlikely to decline in the near

6        future.

7    6) Based on my knowledge of the market for mixed use multi-tenant and retail properties in

8        the West Los Angeles, San Fernando Valley, and the surrounding areas, I believe that

9        the above-cited properties are below the current market rate for such properties due to

10       the fact the above-cited properties have not been upgraded in many years.

11    7) Please note the valuations provided herein are preliminary valuations based on limited

12       information. A full analysis will require site inspections, general contract bids, review of

13       leases including tenant profiles and credit checks.

14       I declare under penalty of perjury under the laws of the State of California and the United

15 States of America that the foregoing is true and correct to the best of my knowledge. This

16 Declaration was executed this date **January 27, 2017**, in Los Angeles, California.

17

18                  **CHRIS COMFORT**, Declarant

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHRIST COMFORT RE: VALUATION OF PROPERTY

EXHIBIT 1



December 12, 2016

Yuval Stelmach
17340 Magnolia Blvd.
Encino, CA 91316

**RE:  Broker Price Opinion:**
**Subject Property:    11621 Barrington Ct., Los Angeles, CA 90049**

**Property Summary:**
The subject property is a 3,828 sq. ft. retail & office building located in the prestigous Brentwood
neigborhood  of Los Angeles.  The property is located within the Brentwood Village which is a local area
collection of high end boutiques, offices, restaurants and other enterprises.    The building is generally
comprised of 1,914 sq. ft. of retail and 1,914 sq. ft. of offices.

Building Size:   3,828 sq. ft.
Lot Size:        2,256 sq. ft.
Year Built:      1954

**Income Approach Valuation:**

Net Operating Income:            $89,000

Based on the project's current rental income and expense schedule, the property is currently
generating a net operating income (NOI) of $89,000.  Cap rates are fluid and constantly
changing.  However, in today's market, properties in this area are trading for a cap rate of
approximately 4.25%.

Therefore, based on the income approach valuation method, the Subject Property's value is
estimated at **$2,100,000.**

**Sales Comparables Approach valuation:**

Due to the high desirability of the Brentwood neighborhood, not many sales have taken place in recent years.  Many owners in this neighborhood have no desire to sell.  The below comps are not excellent comparables, but we will use them and analyze accordingly.

Recent Sales Comparables:



| | |
|---|---|
| 1)   Address: | 612 N. Sepulveda Blvd., Los Angeles, CA 90049 |
| Sales Price: | $2,975,000 |
| Date Sold: | 05/21/2015 |
| Building Size: | 6,653 SF |
| Lot Size: | 6,966 SF |
| Building Use: | Office Bldg. |
| Price per sq. ft. (bldg): | $447 |



| | |
|---|---|
| 2)   Address: | 640 N. Sepulveda Blvd., Los Angeles, CA 90049 |
| Sales Price: | $17,055,000 |
| Date Sold: | 11/30/2016 |
| Building Size: | 43,400 SF |
| Lot Size: | 33,541 SF |
| Building Use: | Office Bldg. |
| Price per sq. ft. (bldg): | $392 |

These comparables are not in as a desirable area as the Subject Property.  However, the above sales comparables has an average price per sq. ft. (bldg) of $419.   However, we will use comp #1 as our best comparable and add a 15% premium for because of the Subject Property's location.  With this premium we arrive at a price per sq. ft. of $514.  Based on the subject property's building size of 3,828 sq. ft., using the sales comparables approach we arrive at an estimated value of **$1,965,000.**

**Conclusion:**

Because the property is largely leased out and there is currently a fixed income that is being generated by the property, more weight must be given to the Income Approach Valuation then is given to the Sales Comparables Approach Valuation.    Therefore, **it is my opinion that the Subject Property's current market value is $2,100,000.**

**DISCLAIMER:**

Although taken from sources deemed reliable, this Broker Price Opinion ("BPO") is not guaranteed or warranted by Chris Comfort or Apex Properties.    Chris Comfort is not a licensed appraiser.    This BPO is only an indication of Chris Comfort's opinion of the Subject Property's market value as of the date that it was drafted.

Chris Comfort
President, Apex Properties
BRE Lic # 01799409

EXHIBIT 2



December 12, 2016


Yuval Stelmach
17340 Magnolia Blvd.
Encino, CA 91316

**RE:  Broker Price Opinion:**
**Subject Property:   7126 Reseda Blvd., Reseda, CA 91335**


<u>**Property Summary:**</u>
The subject property is a 15,619 sq. ft. two tenant retail building located in on Reseda Blvd. in the San
Fernando Valley.  The property is located in a busy retail trade area of Reseda, CA.   The property is
currently fully occupied by a local discount reailer "Dollarama" and a coin laundrymat.

Building Size:  15,619 sq. ft.
Lot Size:      25,407 sq. ft.
Year Built:    1998

<u>**Income Approach Valuation:**</u>

Net Operating Income:          $190,000

Based on the project's current rental income and expense schedule, the property is currently
generating a net operating income (NOI) of $190,000.   Cap rates are fluid and constantly
changing.  However, in today's market, similar properties in this area are trading for a cap rate
of approximately 5.5%.

Therefore, based on the income approach valuation method, the Subject Property's value is
estimated at **$3,450,000.**

**Sales Comparables Approach valuation:**

Recent Sales Comparables:



| | 1) | Address: | 18601 Sherman Way, Reseda, CA 91335 |
|---|---|---|---|
| | | Sales Price: | $2,495,000 |
| | | Date Sold: | 8/16/2016 |
| | | Building Size: | 8,304 SF |
| | | Lot Size: | 17,298 SF |
| | | Building Use: | Retail Strip Center |
| | | Price per sq. ft. (bldg): | $300 |



| | 2) | Address: | 7615 Louise Ave. Northridge, CA 91325 |
|---|---|---|---|
| | | Sales Price: | $1,790,000 |
| | | Date Sold: | 8/28/2015 |
| | | Building Size: | 7,192 SF |
| | | Lot Size | 7,713 SF |
| | | Building Use: | Office / Retail |
| | | Price per sq. ft. (bldg): | $248 |

The above sales comparables has an average price per sq. ft. (bldg) of $274. Based on the subject property's building size of 15,619 sq. ft., using the sales comparables approach we arrive at an estimated value of **$4,280,000.**

**Conclusion:**
Because the property is largely leased out and there is currently a fixed income that is being generated by the property, more weight must be given to the Income Approach Valuation then is given to the Sales Comparables Approach Valuation.    However, we can add a premium due to the attractive price per sq. ft. that results from this evaluation.  Therefore, **it is my opinion that the Subject Property's current market value is $3,800,000.**

**DISCLAIMER:**

Although taken from sources deemed reliable, this Broker Price Opinion ("BPO") is not guaranteed or warranted by Chris Comfort or Apex Properties.    Chris Comfort is not a licensed appraiser.    This BPO is only an indication of Chris Comfort's opinion of the Subject Property's market value as of the date that it was drafted.

Chris Comfort
President, Apex Properties
BRE Lic # 01799409

EXHIBIT 3



December 12, 2016

Yuval Stelmach
17340 Magnolia Blvd.
Encino, CA 91316

**RE:  Broker Price Opinion:**
**Subject Property:  2181 W. Washington Blvd. (aka 2170-2180 W. Western), Los Angeles, CA 90018**

**Property Summary:**
The subject property is a 11,000 sq. ft. retail center located in the Mid Cities area of Los Angeles.  The property is located on the signlaized north east corner of Washington Blvd. and Western Ave.   It is anchored by the national retailer -7 - Eleven.  It has a mix of several small retail tenants and has enjoyed strong historical occupancy.

Building Size:  11,000 sq. ft.
Lot Size:      20,950 sq. ft.
Year Built:    1986

**Income Approach Valuation:**

Net Operating Income:          $225,000

Based on the project's current rental income and expense schedule, the property is currently generating a net operating income (NOI) of $225,000.  Cap rates are fluid and constantly changing.  However, in today's market, for a property anchored by a national chain tenant such as 7-Eleven and in this part of Los Angeles, the cap rate expected by investors will be somewhere near 4.5%.

Therefore, based on the income approach valuation method, the Subject Property's value is estimated at **$5,000,000.**

**Sales Comparables Approach valuation:**



1)  2136 W Washington Blvd.
    Los Angeles, CA 90018

| | |
|---|---|
| Sales Price: | $6,600,000 |
| Date Sold: | 07/25/2016 |
| Building Size: | 22,400 SF |
| Building Use: | Retail Strip Center |
| Price per sq. ft. (bldg): | $294 |



2)  2301-2309 Washington Blvd.
    Los Angeles, CA 90018

| | |
|---|---|
| Sales Price: | $1,750,000 |
| Date Sold: | 9/20/2016 |
| Building Size: | 5,640 SF |
| Lot Size: | 11,317 SF |
| Building Use: | Retail Strip Center |
| Price per sq. ft. (bldg): | $310 |



3)  3138-3148 W. Pico Blvd.
    Los Angeles, CA 90019

| | |
|---|---|
| Sales Price: | $6,712,000 |
| Date Sold: | 05/31/2016 |
| Building Size: | 15,176 SF |
| Lot Size: | 26,293 SF |
| Building Use: | Retail Strip Center |
| Price Per sq. ft. (bldg): | $442 |

The above sales comparables has an average price per sq. ft. (bldg) of $348.   Based on the subject property's building size of 11,000 sq. ft., using the sales comparables approach we arrive at an estimated value of **$3,828,000**.

**Conclusion:**

Because the property is largely leased out and there is currently a fixed income that is being generated by the property, more weight must be given to the Income Approach Valuation then is given to the Sales Comparables Approach Valuation.    Therefore, **it is my opinion that the Subject Property's current market value is $5,000,000.**

**DISCLAIMER:**

Although taken from sources deemed reliable, this Broker Price Opinion ("BPO") is not guaranteed or warranted by Chris Comfort or Apex Properties.    Chris Comfort is not a licensed appraiser.    This BPO is only an indication of Chris Comfort's opinion of the Subject Property's market value as of the date that it was drafted.

Chris Comfort
President, Apex Properties
BRE Lic # 01799409

EXHIBIT 4



December 12, 2016

Yuval Stelmach
17340 Magnolia Blvd.
Encino, CA 91316

**RE:  Broker Price Opinion:**
**Subject Property:  17020 – 17050 Chatsworth St., Granada Hills, CA 91344**

**Property Summary:**
The subject property is a 43,017 sq. ft. retail and office building located in the city of Granada Hills.  It is anchored by the national retailer - 99 Cent Only Stores.  It has a mix of 40 retail and office tenants and has enjoyed strong historical occupancy.  The property is also directly adjacent to a succesful center which has Staples, Walgreen's and El Pollo Loco as tenants.

Building Size:  43,017 sq. ft.
Lot Size:       1.8 AC
Year Built:     1962
Parking:        +/-125 stalls

**Income Approach Valuation:**

| | |
|---|---|
| Current Gross Annual Income: | $ 754,356 |
| Less Expenses: | $(216,149) |
| Net Operating Income: | $538,207 |

Current Annual Expenses:

| | |
|---|---|
| Property Taxes: | $ 93,649 |
| Insurance: | $ 8,000 |
| Utilities: | $ 42,000 |
| Janitorial: | $ 18,000 |
| Parking Lot Maintenance: | $ 1,500 |
| Repairs: | $ 9,000 |
| Insurance: | $ 8,000 |
| Management: | $36,000 |
| TOTAL: | $216,149 |

> Based on the project's current rental income and expense schedule the property is currently generating a net operating income (NOI) of $538,207.
> Cap rates are fluid and constantly changing. However, in today's market, for a property anchored by a national chain tenant such as 99 Cent Only and in this part of the San Fernando Valley, the cap rate expected by investors will be somewhere near 5.5%.
> Therefore, based on the income approach valuation method, the Subject Property's value is estimated at **$9,785,000.**

**Sales Comparables Approach valuation:**

The following are recent sales comparables for the Subject Property:



1)  16201 San Fernando Mission Blvd.
    Granada Hills, CA  91344

| | |
|---|---|
| Sales Price: | $23,000,000 |
| Date Sold: | 10/14/2016 |
| Building Size: | 98,520 SF |
| Lot Size: | 357,819 SF |
| Building Use: | Retail Strip Center |
| Price per sq. ft. (bldg): | $233 |



2)  15334 Chatsworth St.
    Mission Hills, CA 91343

| | |
|---|---|
| Sales  Price: | $2,025,000 |
| Date Sold: | 6/16/2015 |
| Building Size: | 7,146 SF |
| Lot Size: | 33,563 SF |
| Building Use: | Retail Stores |
| Price per sq. ft. (bldg): | $283 |



3)  16163-16167 Nordhoff St.
    North Hills, CA 91343

| | |
|---|---|
| Sales Price: | $2,080,000 |
| Date Sold: | 04/03/2015 |
| Building Size: | 5,922 SF |
| Lot Size: | 14,375 SF |
| Building Use: | Retail Strip Center |
| Price Per sq. ft. (bldg): | $351 |

The above sales comparables has an average price per sq. ft. (bldg) of $289.   Based on the subject property's building size of 43,017 sq. ft. and the sales comparables approach we arrive at an estimated value of **$12,430,000**.

**Conclusion:**

Because the property is largely leased out and there is currently a fixed income that is being generated by the property, more weight must be given to the Income Approach Valuation then is given to the Sales Comparables Approach Valuation.    Therefore, **it is my opinion that the Subject Property's current market value is $10,000,000.**

**DISCLAIMER:**

Although taken from sources deemed reliable, this Broker Price Opinion ("BPO") is not guaranteed or warranted by Chris Comfort or Apex Properties.    Chris Comfort is not a licensed appraiser.    This BPO is only an indication of Chris Comfort's opinion of the Subject Property's market value as of the date that it was drafted.

Chris Comfort
President, Apex Properties
BRE Lic # 01799409