1 | MATTHEW ABBASI, ESQ.; SBN 215030
**ABBASI LAW CORPORATION**
2 | 8889 WEST OLYMPIC BOULEVARD, SUITE 240
BEVERLY HILLS, CALIFORNIA 90211
3 | TELEPHONE: (310) 358-9341
FACSIMILE:   (888) 709-5448
4
ATTORNEY FOR DEBTOR, AND DEBTOR
5 | -IN-POSSESSION, TUL INVESTMENTS, INC.

6 | UNITED STATES BANKRUPTCY COURT

7 | CENTRAL DISTRICT OF CALIFORNIA

8 | SAN FERNANDO DIVISION

9

10 | In re:

TUL INVESTMENTS, INC.

Debtor and Debtor in Possession.

Case No.: 1:16-bk-12869-MT

**Chapter 11 Proceedings**

**STIPULATION RE: CONTINUANCE OF HEARINGS**

**Current Hearing Dates:**
Date: March 22, 2017
Time: 9:30 a.m.
Place: Courtroom 302

**Proposed New Hearing Dates:**
Date: April 5, 2017
Time: 9:30 a.m.
Place: Courtroom 302

**TO THE HONORABLE COURT, US TRUSTEE'S OFFICE, CREDITORS, AND ALL PARTIES IN INTEREST:**

This Stipulation is entered into by and between TUL INVESTMENTS, INC., the Chapter 11 Debtor and Debtor-in-Possession. (the "Debtor"), and the Creditor, SHLOMO GOLDBERG (the "Creditor") (Debtor and the Creditor are the "Parties"), based upon the following facts:

WHEREAS, the Debtor filed its Voluntary Petition for Reorganization under Chapter 11 of the Title 11 of the United States Code on October 3, 2016.

WHEREAS, on February 24, 2017 the Debtor filed its Disclosure Statement and Plan with all supporting declarations.

WHEREAS, the Disclosure Statement Hearing is set for a hearing on **April 5, 2017 at**

---

1

STIPULATION RE: CONTINUANCE OF HEARINGS

9:30 a.m. in Courtroom 302 of the above-cited Bankruptcy Court.

WHEREAS, a Status Conference Hearing is set for **March 22, 2017 at 9:30 a.m.** in Courtroom 302 of the above-cited Bankruptcy Court.

WHEREAS, Creditor has filed a Motion to Dismiss which is set for a Hearing on **March 22, 2017 at 9:30 a.m.** in Courtroom 302 of the above-cited Bankruptcy Court.

WHEREAS, the Parties wish to continue the Status Conference and Hearing on the Motion to Dismiss, currently set for March 22, 2017, to the date of the Disclosure Statement Hearing, currently set for April 5, 2017, to provide the Creditor with sufficient time to review and analyze Debtor's Disclosure Statement and Plan and to unify the aforementioned Hearings to avoid the needed for appearances at multiple Hearings.

WHEREFORE, the Creditor and the Debtor hereby Stipulate, Agree, and jointly Request for the Court to issue the following Orders:

1. For an Order to Continue the Status Conference Hearing currently set for March 22, 2017 at 9:30 a.m. to **April 5, 2017 at 9:30 a.m.** in the same Department, or thereafter, as the Court deems appropriate; and

2. For an Order to Continue the Hearing on Creditor's Motion to Dismiss currently set for March 22, 2017 at 9:30 a.m. to **April 5, 2017 at 9:30 a.m.** in the same Department, or thereafter, as the Court deems appropriate; and

**IT IS SO STIPULATED.**

**APPROVED AND SUBMITTED JOINTLY BY:**

Date: 3-7-17

ABBASI LAW CORPORATION

MATTHEW ABBASI, ESQ.
ATTORNEYS FOR DEBTOR

Date: 3-7-17

THE LAW OFFICES OF DAVID HAGEN

DAVID HAGEN, ESQ.
ATTORNEYS FOR CREDITOR,
SHLOMO GOLDBERG

---

2
STIPULATION RE: CONTINUANCE OF HEARINGS