M. Jonathan Hayes (Bar No. 90388)
Of Counsel
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
**Telephone:** (818) 783-6251
**Facsimile:** (818) 827-4919
jhayes@SRHLawFirm.com

*Attorneys for Creditors*
Gil and Assaf Naor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:16-bk-12869-MT |
| | ) |
| | ) |
| | ) Chapter 11 |
| TUL INVESTMENTS, INC, | ) |
| | ) |
| | ) **NOTICE OF CREDITORS' JOINDER** |
| Debtor. | ) **TO DEBTOR'S OPPOSITION TO** |
| | ) **MOTION TO DISMISS** |
| | ) |
| | ) |
| | ) Date: April 5, 2017 |
| | ) Time: 9:30 a.m. |
| | ) Place: Courtroom 302 |
| | ) 21041 Burbank Boulevard |
| | ) Woodland Hills, CA 91367 |
| | ) |

**TO THE HONORABLE MAUREEN TIGHE, UNITED STATES**

**BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; AND ALL PARTIES**

**IN INTEREST:**

Please take notice that creditors Gil Naor and Assaf Naor hereby join the Debtor's

Opposition to the Motion to Dismiss this case filed on March 22, 2017, Docket No. 104.

Creditors prefer that this case remain as a chapter 11 and believe that the Debtor can reach

**SIMON RESNIK**
**HAYES LLP**

1  a consensus with its creditors if it is given additional time to file and negotiate a Plan of

2  Reorganization.

3

4

5  Dated:  March 31, 2017                    By:        /s/ M. Jonathan Hayes

6                                                        M. Jonathan Hayes
                                                         *Attorneys for Gil Naor and Assaf Naor*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled **NOTICE OF CREDITORS' JOINDER TO DEBTOR'S OPPOSITION TO MOTION TO DISMISS** or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/31/2017** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

- **Matthew Abbasi    matthew@malawgroup.com**
- **Matthew Abbasi**    matthew@malawgroup.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **David S Hagen**    go4broq@earthlink.net
- **M Jonathan Hayes**    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;jhayesecf@gmail.com
- **Ronald N Richards**    ron@ronaldrichards.com, nick@ronaldrichards.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org
- **Alla Tenina**    alla@teninalaw.com, Monique@teninalaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL:** On **3/31/2017** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**Hon. Maureen A. Tighe**
**US Bankruptcy Court**
**Central District – Valley Branch**
**21041 Burbank Blvd., Suite 325**
**Woodland Hills, CA 91367**

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **3/31/2017** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**SIMON RESNIK HAYES LLP**

**3**
**NOTICE OF JOINDER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **3/31/2017** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
| *Date* | *Type Name* | *Signature* |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIMON RESNIK
HAYES LLP**

**2**

**NOTICE OF JOINDER**