| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>Jennifer L. Braun, No. 130932<br>Assistant United States Trustee<br>Katherine C. Bunker, No. 240593<br>Trial Attorney for United States Trustee<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd., Ste. 1850<br>Los Angeles, CA 90017<br>Telephone (213) 894-3326; Facsimile (213) 894-0276<br>Email jennifer.l.braun@usdoj.gov<br> kate.bunker@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: United States Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>TUL INVESTMENTS, INC.,<br><br><br><br>Debtor(s) | CASE NO.:  1:16-bk-12869-MT<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Disclosure Statement  Filed by Debtor<br>Tul Investments, Inc. |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN 86
was lodged on (*date*)   04/06/2017   and is attached.  This order relates to the motion which is docket number  86  .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*               Page 1                **F 9021-1.2.BK.NOTICE.LODGMENT**

**Exhibit A**

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email  jennifer.l.braun@usdoj.gov
         kate.bunker@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>**TUL INVESTMENTS, INC.,**<br><br>　　　　　　　Debtor. | Case No. 1:16-bk-12869-MT<br><br>Chapter 11<br><br>**ORDER DENYING APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN**<br><br>Date:　April 5, 2017<br>Time:　9:30 a.m.<br>Crtm:　302 |

　　　　On April 5, 2017, the Court held a hearing on approval of the debtor's Disclosure Statement Describing Chapter 11 Plan ("Disclosure Statement"), with appearances as noted on the record. The Court having considered the Disclosure Statement, objections, the entire record, and good cause appearing therefore:

　　　　IT IS HEREBY ORDERED that approval of the debtor's Disclosure Statement is DENIED.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017-3560

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __04/06/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __04/06/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/06/2017 | Gabriel A. Rodriguez | /s/ Gabriel A. Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| **BY NOTICE OF ELECTRONIC FILING** | **SERVED BY U.S. MAIL** |
|---|---|
| Katherine Bunker  kate.bunker@usdoj.gov  | Tul Investments, Inc. |
| Matthew Abbasi    matthew@malawgroup.com | 17340 Magnolia Blvd. |
| David S Hagen    go4broq@earthlink.net | Encino, CA 91316 |
| Ronald N Richards    ron@ronaldrichards.com, nick@ronaldrichards.com | U.S. Bankruptcy Court—San Fernando Valley Division |
| Alla Tenina    alla@teninalaw.com, Monique@teninalaw.com | The Honorable Maureen Tighe  21041 Burbank Boulevard  Woodland Hills, California |