| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID S. HAGEN - SBN 110588<br>LAW OFFICES OF DAVID S. HAGEN<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416   Fax (818) 990-5680<br>email:  davidhagenlaw@gmail.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Creditor Shlomo Goldberg | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>TUL INVESTMENTS, INC.<br><br><br><br><br>Debtor(s) | CASE NO.: 1:16-bk-12869-MT<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*): MOTION TO DISMISS CASE |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DISMISSING CHAPTER 11 CASE WITH 365 DAY BAR

was lodged on (*date*)  04/07/2017  and is attached.  This order relates to the motion which is docket number 74 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16830 Ventura Blvd., Suite 500, Encino, CA 91436-1795

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __04/07/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Matthew Abbasi, Attorney for Debtor in Possession: | matthew@malawgroup.com |
| Katherine Bunker (UST-WH) | kate.bunker@usdoj.gov |
| Nathan F. Smith (Attorney for East West Bank) | nathan@mclaw.org |
| M Jonathan Hayes, Attorney for Naor | jhayes@srhlawfirm.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __04/07/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Maureen Tighe, United States Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/07/2017 | DAVID S. HAGEN | /s/ DAVID S. HAGEN |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

```
LAW OFFICES OF DAVID S. HAGEN
DAVID S. HAGEN-SBN 110588
16830 VENTURA BLVD. SUITE 500
ENCINO, CALIFORNIA 91436
818/ 990-4416
FACSIMILE: 818/ 990-5680
Email:  davidhagenlaw@gmail.com
```

Attorney for Creditor Shlomo Goldberg

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | ) No:   1:16-bk-12869-MT |
| | )       Chapter 11 |
| TUL INVESTMENTS, INC., | ) |
| | ) |
| | ) **ORDER DISMISSING CHAPTER 11 CASE WITH** |
| | ) **365 DAY BAR** |
| | ) |
| | ) Date: April 5, 2017 |
| | ) Time: 9:30 a.m. |
| | ) Court: 302 |
| Debtor. | ) |
| | ) |

   The Motion by Creditor Shlomo Goldberg for dismissal of the above referenced case came on for hearing before the Honorable Maureen Tighe at the time and place noted above.  Appearances were as reflected on the record. Based upon the pleadings filed in the case, the Tentative Ruling posted by the Court and summarized at the hearing, the substance of which is adopted herein, and for other good cause shown,

   **IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

   **IT IS FURTHER ORDERED** that the Debtor is estopped from commencing another bankruptcy case within 365 days of the entry of this order; and

1

1    **IT IS FURTHER ORDERED** that judgment with applicable interest is entered against the Debtor and in favor of the United States Trustee for unpaid United States Trustee Quarterly Fees.

DATED:

_____
**MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE**