| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW ABBASI, ESQ.; SBN215030<br>**ABBASI LAW CORPORATION**<br>8889 WEST OLYMPIC BLVD., SUITE 240<br>BEVERLY HILLS, CA 90211<br>Tel: (310) 358-9341 Fax: (888)709-5448<br>Email: matthew@malawgroup.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | **FILED & ENTERED**<br><br>**APR 10 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Cetulio   **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**TUL INVESTMENTS, INC.**<br><br><br><br>Debtor(s). | CASE NO.: **1:16-bk-12869-MT**<br>CHAPTER: **11**<br><br>**ORDER RE MOTION IN CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY PROFESSIONAL OTHER THAN GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]**<br><br>☒ No Hearing: LBR 9013-1(o)<br>☐ Hearing Information<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. The court has considered the Debtor's Amended Application by Debtor and Debtor-In-Possession to Employ Chris Comfort as a Real Estate Broker (Docket 73) (the "Application").

2. The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

   a. ☒ The Motion is granted pursuant to 11 U.S.C. ☒ § 327(a) or ☐ § 327(e).

   b. ☒ The Debtor in Possession is authorized to employ:   Chris Comfort as the Debtor's Real Estate Broker
      (Professional) effective on (*date*)   December 1, 2016   .

   c. The Professional will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

   d. ☐ The Motion is denied.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                          Page 1                              F 2081-2.5.ORDER.EMPLOY.OTHER

4. ☒ The Debtor's insolvency counsel or Mr. Chris Comfort may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request a Hearing when requesting approval of any application for approval of fees and/or costs for the Professional as specifically requested in the Professional's Application;

5. ☒ Other (*specify*): The Debtor is authorized to pay Mr. Yuval Stelmach the sum of $2,000.00 from the Debtor's DIP Account to reimburse Mr. Stelmach for the payment of Mr. Comfort's invoice as specifically requested in the Professional's Application.

###

Date: April 10, 2017

*Maureen A. Tighe* (signature)
Maureen A. Tighe
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 2    F 2081-2.5.ORDER.EMPLOY.OTHER