**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Trial Attorney for the United States Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone: (213) 894-3326
Facsimile: (213) 894-0276
E-mail: jennifer.l.braun@usdoj.gov
         kate.bunker@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**TUL INVESTMENTS, INC.,**<br><br>                Debtor. | Case No. 1:16-bk-12869-MT<br><br>Chapter 11<br><br>**STIPULATION BETWEEN UNITED STATES TRUSTEE AND ABASSI LAW CORPORATION REGARDING VOLUNTARY REDUCTION IN FEES AND RESOLUTION OF FEE OBJECTION**<br><br>Date:   May 3, 2017<br>Time:  9:30 a.m.<br>Ctrm:  302 |

The United States Trustee (the "U.S. Trustee"), by his undersigned counsel, and Abassi Law Corporation (the "Firm"), (collectively, the "Parties"), do hereby stipulate and agree as follows.

### Recitals

This stipulation voluntarily reducing the fees being sought by the Firm in its Final Application for Approval of Fees and Reimbursement of Expenses filed on April 11, 2017, is entered into with reference to the following facts:

A. On October 3, 2016, Tul Investments, Inc. (the "Debtor") filed a petition for chapter 11 bankruptcy relief in the United States Bankruptcy Court for the Central District of California, assigned case number 1:16-bk-12869-MT.

B. On December 7, 2016, the Court entered an order approving the Firm's employment as general bankruptcy counsel for the Debtor.

C. On April 11, 2017, the Firm filed its Final Application for Approval of Fees and Reimbursement of Expenses (the "Application"). The Application sought approval of $24,464.50 in fees and $2,733.00 in costs for the period of October 3, 2016 through April 10, 2017.

D. On April 13, 2017, the U.S. Trustee filed an objection to the Application (the "Objection"). The Objection requested that the Court disallow $300.00 in fees for clerical tasks and an additional 15% reduction from the remaining amount of fees being requested for the Firm's failure to bill in one-tenth increments.

E. After discussions with the U.S. Trustee, the Firm voluntarily has agreed to reduce its fees to $20,539.82.

F. The Parties are both are entering into this stipulation freely and voluntarily.

G. Therefore, the Parties respectfully request that this stipulation be approved and the Firm's fees be approved in the amount of $20,539.82 and costs in the amount of $2,733.00.

**Stipulation**

1. The U.S. Trustee and the Firm hereby agree that the fees sought in the Application shall be reduced by $3,924.68, and therefore the Firm seeks an award of $20,539.82 in fees and $2,733.00 in costs.

/ / /

/ / /

/ / /

/ / /

/ / /

2

2. Approval of this stipulation resolves the Objection.

IT IS SO STIPULATED.

Dated: 4-19-2017                    Abbasi Law Corporation

                                    By: /s/ Matthew Abbasi
                                        Matthew Abbasi

Dated: April 19, 2017               United States Trustee


                                    By: /s/ Katherine Bunker
                                        Katherine Bunker
                                        Trial Attorney for U.S. Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN UNITED STATES TRUSTEE AND ABASSI LAW CORPORATION REGARDING VOLUNTARY REDUCTION IN FEES AND RESOLUTION OF FEE OBJECTION,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/19/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **4/19/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/19/2017 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | |
|---|---|
| 1 | **SERVICE LIST FOR PROOF OF SERVICE** |

**SERVED ELECTRONICALLY**
Matthew Abbasi      matthew@malawgroup.com
Katherine Bunker    kate.bunker@usdoj.gov
David S Hagen       go4broq@earthlink.net
M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;jhayesecf@gmail.com
Ronald N Richards   ron@ronaldrichards.com, nick@ronaldrichards.com
Nathan F Smith      nathan@mclaw.org, CACD_ECF@mclaw.org
Alla Tenina         alla@teninalaw.com, Monique@teninalaw.com

**SERVED BY U.S. MAIL**
Tul Investments, Inc.
17340 Magnolia Blvd.
Encino, CA 91316

U.S. Bankruptcy Court—San Fernando Valley Division
The Honorable Maureen Tighe
21041 Burbank Boulevard
Woodland Hills, California 91367