**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email   jennifer.l.braun@usdoj.gov
         kate.bunker@usdoj.gov

FILED & ENTERED

APR 21 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**TUL INVESTMENTS, INC.,**<br><br>　　　　　Debtor. | Case No. 1:16-bk-12869-MT<br><br>Chapter 11<br><br>**ORDER DENYING APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN**<br><br>Date:　April 5, 2017<br>Time:　9:30 a.m.<br>Crtm:　302 |

On April 5, 2017, the Court held a hearing on approval of the debtor's Disclosure Statement Describing Chapter 11 Plan ("Disclosure Statement"), with appearances as noted on the record. The Court having considered the Disclosure Statement, objections, the entire record, and good cause appearing therefore:

IT IS HEREBY ORDERED that approval of the debtor's Disclosure Statement is DENIED.

### ###

Date: April 21, 2017

Maureen A. Tighe
United States Bankruptcy Judge