Law Offices of DAVID S. HAGEN
DAVID S. HAGEN - State Bar No. 110588
16830 Ventura Boulevard
Suite 500
Encino, California 91436
(818) 990-4416
Fax: (818) 990-5680
Email: davidhagenlaw@gmail.com

Law Offices of LEON SMALL
LEON SMALL - State Bar No. 67580
16530 Ventura Boulevard
Suite 306
Encino, California 91436
(818) 906-2555
Email: lsattorney2002@yahoo.com

Attorney for Shlomo Goldberg

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>TUL INVESTMENTS, INC.,<br><br>                Debtor. | Case No. 1:16-bk-12869-MT<br>Chapter 11<br><br>**NOTICE OF ENTRY OF POST DISMISSAL STATE COURT ORDER RE ATTACHMENT OF DIP ACCOUNT**<br><br>(No hearing date) |

    Post dismissal of the Chapter 11 case above, Creditor Shlomo Goldberg sought an order from the Los Angeles Superior Court attaching the remaining funds in the DIP account after allowance of fees to debtor's counsel and the US Trustee and requesting that the remainder of the funds be turned over to Goldberg. The Application was granted after ex parte hearing on April 25, 2017 in Department W of the Los

1

Angeles Superior Court by the Honorable Elizabeth Lippitt.  A copy of the proposed order is attached hereto.

DATED: May 1, 2017

LAW OFFICES OF DAVID S. HAGEN

By:  /S/ DAVID S. HAGEN
DAVID S. HAGEN, Attorney for Creditor Shlomo Goldberg

2

```
 1  LAW OFFICES
    LEON SMALL, A.P.C.
 2  THE ATRIUM
    16530 VENTURA BLVD., SUITE 306
 3  ENCINO, CA 91436
    (818) 906-2555
 4  STATE BAR NO.: 67580

 5  Attorney for Plaintiff
    SHLOMO GOLDBERG
 6
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| SHLOMO GOLDBERG,<br><br>    Plaintiff,<br><br>v.<br><br>YUVAL STELMACH, et al.,<br><br>    Defendants. | CASE NO.: LC 075563<br><br>**Assigned to the Honorable Elizabeth Lippitt, Dept. W**<br><br>**(PROPOSED) ORDER ATTACHING AND DIRECTING TUL INVESTMENTS, INC. TO TURN-OVER DEBTOR-IN-POSSESSION FUNDS TO PLAINTIFF** |

Upon application by Plaintiff on 4/25/17 in Department W of this Court, the Honorable Elizabeth Lippitt, Judge, presiding, at which time Matthew Abassi appeared for Defendants, and good cause appearing therefore, and in light of the Order of Dismissal by the Bankruptcy Court of the petition by Tul Investments, Inc. ("Tul"), on 4/21/17, case no. 1:16-12869,

IT IS HEREBY ORDERED as follows:

1. The funds contained in the Tul Debtor-In-Possession ("DIP") account are attached and to be maintained therein in favor of Plaintiff.

1      2.  Following any Orders by the Bankruptcy Court approving
2  release of funds from the DIP account for administrative or other
3  legitimate purposes, the remainder shall be forthwith turned over
4  by Tul's representative by way of a check payable to "Leon Small,
5  A P.C. Client Trust Account" and delivered to 16530 Ventura
6  Blvd., Suite 306, Encino, CA 91436.
7      3.  Service of this Order shall occur, by mail or fax, upon
8  bankruptcy and civil counsel for Tul.
9      IT IS SO ORDERED.

DATED:_____
                                      JUDGE OF THE SUPERIOR COURT

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) SS
COUNTY OF LOS ANGELES      )

I, the undersigned, say:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 16530 Ventura Boulevard, Suite 306, Encino, California 91436.

On April 25, 2017, I served the foregoing document described as:

**(PROPOSED) ORDER ATTACHING AND DIRECTING TUL INVESTMENTS, INC. TO TURN-OVER DEBTOR-IN-POSSESSION FUNDS TO PLAINTIFF**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Encino, California, addressed as follows:

Morani Stelmach, Esq.
Stelmach & Stelmach, LLP
11630 Chayote St., Suite #3
Los Angeles, CA 90049

Ronald Richards, Esq.
Law Offices of Ronald Richards & Associates
P.O. Box 11480
Beverly Hills, CA 90213

Matthew Abassi, Esq.
Abbasi Law Corporation
8889 W. Olympic Blvd., Suite 240
Beverly Hills, CA 90211

[X] (By Mail)
 [x] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 25, 2017, at Encino, California.

[ ] FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

//////

//////

1      [X]  STATE  I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

2

3                               GABRIELA M. REED-OLEA

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
(PROPOSED) ORDER

4

(PROPOSED) ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16830 Ventura Blvd., Suite 500, Encino, CA 91436-1795

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF ENTRY OF POST DISMISSAL
STATE COURT ORDER RE ATTACHMENT OF DIP ACCOUNT
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/01/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Matthew Abbasi, Attorney for Debtor:          matthew@malawgroup.com
Katherine Bunker (UST)                         kate.bunker@usdoj.gov
Ronald N Richards (NEF)                        ron@ronaldrichards.com
Alla Tenina, Atty for ABMS LLC                 alla@teninalaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/01/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Maureen Tighe, United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

05/01/2017    DAVID S. HAGEN                              /s/ DAVID S. HAGEN
*Date*         *Printed Name*                              *Signature*

_____
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**