United States Bankruptcy Court
Central District of California

```
In re:                                                          Case No. 16-12869-MT
Tul Investments, Inc.                                           Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0973-1         User: agasparia         Page 1 of 2               Date Rcvd: May 02, 2017
                             Form ID: ndwr           Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.
```
db            +Tul Investments, Inc.,    17340 Magnolia Blvd.,    Encino, CA 91316-2541
smg           +L.A. County Tax Collector,    Bankruptcy Unit,    P.O. Box 54110,    Los Angeles, CA 90054-0110
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr            +East West Bank,    Malcolm Cisneros,    2112 Business Center Drive,    Irvine, CA 92612-7135
37576201      +ASSAF NAOR,    9250 RESEDA BLVD UNIT #234,    NORTHRIDGE CA 91324-3142
37576163      +AZ Air Conditioning & Heating Inc,    7640 Tobias Ave,    Van Nuys CA 91405-1250
37376130       East West Bank,    PO Box 60020,    City of Industry, CA 91716-0020
37576200      +GIL NAOR,    11024 BALBOA BLVD STE #275,    GRANADA HILLS CA 91344-5007
37376132      +Gil's Electrical Service Inc.,    11024 Balboa Blvd. Suite #27S,    Granada Hills, CA 91344-5007
37376134      +Pacific Builders,    C/O Rafi Sharon,    5737 Kanan Rd. #480,    Agoura Hills, CA 91301-1601
37376136      +Shlomo Goldberg,    C/O Leon Small, Esq.,    16530 Ventura Blvd.,    Suite 306,
                Encino, CA 91436-4595
37376138      +Tally Stelmach,    17340 Magnolia Blvd,    Encino, CA 91316-2541
37376139      +Yuval & Tally Stelmach,    17340 Magnolia Blvd.,    Encino, CA 91316-2541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM May 03 2017 01:58:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P. O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM May 03 2017 01:58:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P. O. Box 2952,    Sacramento, CA  95812-2952
smg           +EDI: IRS.COM May 03 2017 01:58:00      Internal Revenue Service,    P O Box 7346,
               Philadelphia, PA 19101-7346
smg           +E-mail/Text: LAROBankruptcy@SEC.gov May 03 2017 02:06:05      Securities & Exchange Commission,
               444 South Flower St., Suite 900,    Los Angeles, CA 90071-2934
37532749       EDI: CALTAX.COM May 03 2017 01:58:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
               PO BOX 2952,    SACRAMENTO CA 95812-2952
37376131      +EDI: CALTAX.COM May 03 2017 01:58:00      Franchise Tax Board,    P.O. Box 942867,
               Sacramento, CA 94267-0001
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ABMS Limited Liability Company
intp           Courtesy NEF
cr             Gil and Assaf Naor
cr             Shlomo Goldberg
37376135       REM, LLC
smg*           Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
37376133*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    300 North Los Angeles Street,    MS 2300,
               Los Angeles, CA 90012)
37376137*     +Shlomo Goldberg,    C/O Leon Small, Esq.,    16530 Ventura Blvd. Suite 306,
               Encino, CA 91436-4595
                                                                                   TOTALS: 5, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0973-1           User: agasparia              Page 2 of 2                   Date Rcvd: May 02, 2017
                               Form ID: ndwr                Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              Alla  Tenina    on behalf of Creditor    ABMS Limited Liability Company alla@teninalaw.com,
               Monique@teninalaw.com
              David S Hagen    on behalf of Creditor Shlomo  Goldberg go4broq@earthlink.net
              Katherine  Bunker    on behalf of U.S. Trustee    United States Trustee (SV) kate.bunker@usdoj.gov
              M Jonathan Hayes    on behalf of Creditor Gil and Assaf  Naor jhayes@srhlawfirm.com,
               roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;mari
               a@srhlawfirm.com;jhayesecf@gmail.com
              Matthew  Abbasi    on behalf of Debtor    Tul Investments, Inc. matthew@malawgroup.com
              Nathan F Smith    on behalf of Creditor    East West Bank nathan@mclaw.org, CACD_ECF@mclaw.org
              Ronald N Richards    on behalf of Interested Party    Courtesy NEF ron@ronaldrichards.com,
               nick@ronaldrichards.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 8

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367−6603**

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
Tul Investments, Inc.
**SSN:** N/A
**EIN:** 95−4542819

17340 Magnolia Blvd.
Encino, CA 91316

**BANKRUPTCY NO.** 1:16−bk−12869−MT
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: May 2, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**125 / EG3**