F 2016-1.3.ORDER.PAYMENT.FEES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MATTHEW ABBASI, ESQ., SBN 215030<br>**ABBASI LAW CORPORATION**<br>8889 WEST OLYMPIC BLVD, SUITE 240<br>BEVERLY HILLS, CALIFORNIA 90211<br>TEL:(310) 358-9341<br>FAX: (888) 709-5448<br>EMAIL: MATTHEW@MALAWGROUP.COM<br><br>ATTORNEYS FOR, DEBTOR-IN-POSSESSION, TUL INVESTMENTS, INC. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 11 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Fisher    **DEPUTY CLERK**<br><br>~~CHANGES MADE BY COURT~~ |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**TUL INVESTMENTS, INC.**<br><br>Debtor. | CHAPTER __11__<br>CASE NUMBER **1:16-bk-12869-MT**<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: 5/3/2017<br>TIME: 9:30 a.m.<br>COURTROOM: 1675<br>PLACE: 21041 Burbank Blvd., Woodland Hills, CA 91367 |

1. Name of Applicant (*specify*): **Abbasi Law Corporation**

2. This proceeding was heard at the date and place set forth above and was:  ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:

    a.  ☒ Applicant present in Court
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☒ Attorney for United States trustee present in Court
    d.  ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on *(specify date)*: **4/11/2017**

5. The court orders as follows:
    a.  ☐ Application for Payment of Interim Fees is approved as follows:
        (1) ☐ Total amount allowed: $_____
        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b.  ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☐ Total amount allowed $_____

    c.  ☒ Application for Payment of Final Fees is approved in the amount of:  **$20,539.82** (per stipulated reduction, doc. 121).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
   ☒ Total amount allowed: **$2,733.00**

e. (1) ☐ Application Denied
       ☐ in full
       ☐ in part
       ☐ without prejudice
       ☐ with prejudice

   (2) Grounds for Denial *(specify)*:

f. ☐ The Court further orders *(specify)*:

###

Date: May 11, 2017

_____
Geraldine Mund
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**